IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DAVID CANTU,<br><br>                Defendant. | **8:21CR2**<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Julie B. Hansen to withdraw as counsel for the defendant, David Cantu (Filing No. 21). Joshua W. Weir has filed an entry of appearance as retained counsel for David Cantu. Therefore, Julie B. Hansen's motion to withdraw (Filing No. 21) will be granted.

Julie B. Hansen shall forthwith provide Joshua W. Weir any discovery materials provided to the defendant by the government and any such other materials obtained by Julie B. Hansen which are material to David Cantu's defense.

The clerk shall provide a copy of this order to Joshua W. Weir.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2021.

                                            BY THE COURT:

                                            s/ Susan M. Bazis
                                            United States Magistrate Judge